# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0439
_____

JENNI A. JONES,

Appellant,

v.

AWSUKNE BIBBS and CARLOS
MILLER,

Appellees.

_____


On appeal from the Circuit Court for Escambia County.
Gary Lee Bergosh, Judge.

July 16, 2024


PER CURIAM.

AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert Allen, Pensacola, for Appellant.

DeeAnn J. McLemore of Banker Lopez Gassler P.A., Tampa, for Appellees.